1136

JUSTICE DOUGLAS would grant certiorari.

No. 73–769. HANSON, DBA HANSON PAINT & GLASS Co. v. PITTSBURGH PLATE GLASS INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5260. GILBERT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5354. FORD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5420. BROWN v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5423. BUGARIN-CASAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5427. VUCCI ET AL. v. BOSLOW, INSTITUTION DIRECTOR. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5524. ELIAS-DOJAQUEZ v. UNITED STATES; and
No. 73–5541. RIVERA-CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5526. ACKERMAN ET AL. v. BOGUE, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.